# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136291

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAMAHL EDWARD ARMSTRONG,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136291
COA: 283914
Calhoun CC: 06-002954-FC

_____/

On order of the Court, the application for leave to appeal the March 21, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

t0721